IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARIA RODRIGUEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO. 3:15-CV-00653-P** |
| V. | § | |
| | § | |
| **STATE FARM LLOYDS,** | § | **JURY** |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Parties wish to announce they reached an agreement of settlement in this matter. The Parties anticipate they will have the settlement finalized within 60 days from today, upon which time Plaintiff will file the appropriate dismissal documents with the Court. Accordingly, the parties ask the action, including any upcoming deadlines, be abated.

          Respectfully submitted,

          /s/ Jessica Taylor
          Jessica Taylor
          State Bar No.: 24013546
          THE LAW OFFICE OF JESSICA TAYLOR
          14100 San Pedro, Suite 205
          San Antonio, Texas 78232
          Telephone: (210) 402-4022
          Facsimile: (210) 910-6350
          Email: jessica@jtaylor.com

          **COUNSEL FOR PLAINTIFF**

*Signed with permission

And

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
Adrienne B. Hamil
State Bar No.: 24069867
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
ahamil@thompsoncoe.com

**COUNSEL FOR DEFENDANT
STATE FARM LLOYDS**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 9th day of April 2015, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

*Via Electronic Filing and E-mail:*
Jessica Taylor
THE LAW OFFICE OF JESSICA TAYLOR
14100 San Pedro, Suite 205
San Antonio, Texas 78232
Telephone: (210) 402-4022
Facsimile: (210) 910-6350
Email: jessica@jtaylor.com
*Counsel for Plaintiff*

/s/ Adrienne B. Hamil
Adrienne B. Hamil