# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **MARIA RODRIGUEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO. 3:15-CV-00653-P** |
| V. | § | |
| | § | |
| **STATE FARM LLOYDS,** | § | **JURY** |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Maria Rodriguez and Defendant State Farm Lloyds hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant State Farm Lloyds are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 27th day of April 2015.

Respectfully submitted,

/s/ Jessica Taylor
Jessica Taylor
State Bar No.: 24013546
THE LAW OFFICE OF JESSICA TAYLOR
14100 San Pedro, Suite 205
San Antonio, Texas 78232
Telephone: (210) 402-4022
Facsimile: (210) 910-6350
Email: jessica@jtaylor.com
**\*Signed with Permission**

**COUNSEL FOR PLAINTIFF**

And

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
Adrienne B. Hamil
State Bar No.: 24069867
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
ahamil@thompsoncoe.com

**COUNSEL FOR DEFENDANT
STATE FARM LLOYDS**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 27th day of April 2015, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

*Via Electronic Filing and E-mail:*
Jessica Taylor
THE LAW OFFICE OF JESSICA TAYLOR
14100 San Pedro, Suite 205
San Antonio, Texas 78232
Telephone: (210) 402-4022
Facsimile: (210) 910-6350
Email: jessica@jtaylor.com
*Counsel for Plaintiff*

*/s/ Adrienne B. Hamil*
Adrienne B. Hamil